UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEI VASHCHUK,

               Petitioner,

    v.

PAMELA BONDI, et al.,

               Respondents.

Case No. 2:26-cv-00177-TMC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND APPOINTING FEDERAL PUBLIC DEFENDER

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Sergei Vashchuk has applied for leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 1. Additionally, the Federal Public Defender's Office ("FPD") filed a motion to appoint counsel in this case on Petitioner's behalf. Dkt. 2. The FPD (1) attests to Petitioner's financial eligibility for IFP status and (2) submits that Petitioner does not have the financial resources to retain counsel and that "because the present petition presents novel and complex issues of law, appointment of counsel would serve the interests of justice." *Id.*

Having considered the motions, Petitioner's financial eligibility, and the balance of the record, the Court ORDERS as follows:

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND APPOINTING FEDERAL PUBLIC DEFENDER - 1

(1) Petitioner's IFP application and the FPD's motion for appointment of counsel demonstrate that Petitioner is unable to afford the $5.00 filing fee. *See* Dkts. 1, 2. Petitioner's IFP application is therefore GRANTED. The Clerk is directed to file the petition (Dkt. 1-1) without the prepayment of fees.

(2) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel is GRANTED. Dkt. 2. The Court APPOINTS the FPD to represent Petitioner in these proceedings.

(3) The Clerk shall send copies of this order to Petitioner, to the FPD, and to usawaw.Habeas@usdoj.gov.

Dated this 20th day of January, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND APPOINTING FEDERAL PUBLIC DEFENDER - 2